IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ransom, Carter | Case Number: 08 B 09259 |
|---|---|---|
| | Schwaegerman, Barbara A | Judge: Squires, John H |
| | Printed: 6/17/08 | Filed: 4/16/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: June 11, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 2. | American Honda Finance Corporation | Secured | 2,044.67 | 0.00 |
| 3. | Washington Mutual Bank FA | Secured | 13,768.10 | 0.00 |
| 4. | GE Consumer Finance | Unsecured | 438.16 | 0.00 |
| 5. | American Honda Finance Corporation | Unsecured | 18.67 | 0.00 |
| 6. | Capital One | Unsecured | | No Claim Filed |
| 7. | Bank Of America | Unsecured | | No Claim Filed |
| 8. | Nancy A Diverde-Nushawg | Unsecured | | No Claim Filed |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | Household Card Services | Unsecured | | No Claim Filed |
| 11. | Citi Advantage World Mastercard | Unsecured | | No Claim Filed |
| 12. | Best Buy Reward One Mastercard | Unsecured | | No Claim Filed |
| 13. | HSBC | Unsecured | | No Claim Filed |
| 14. | Loyola University Medical Center | Unsecured | | No Claim Filed |
| 15. | Citibank | Unsecured | | No Claim Filed |
| 16. | Rush Oak Park Hospital | Unsecured | | No Claim Filed |
| 17. | Nicor Gas | Unsecured | | No Claim Filed |
| 18. | Rush Oak Park Hospital | Unsecured | | No Claim Filed |
| 19. | Rush Oak Park Hospital | Unsecured | | No Claim Filed |
| 20. | Sam's Club | Unsecured | | No Claim Filed |
| 21. | Rush Oak Park Hospital | Unsecured | | No Claim Filed |
| 22. | University Pathologists PC H | Unsecured | | No Claim Filed |
| 23. | Wholistic Health | Unsecured | | No Claim Filed |
| 24. | Wholistic Health | Unsecured | | No Claim Filed |
| 25. | Washington Mutual Finance | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ransom, Carter
Schwaegerman, Barbara A
Printed:  6/17/08

Case Number:  08 B 09259
Judge:  Squires, John H
Filed:  4/16/08

$ 16,269.60          $ 0.00

### TRUSTEE FEE DETAIL

Fee Rate          Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____